■ Cosmo Maggio, Individually and as Father of Rose M. Maggio, an Infant, Appellant, v. Maggiore, Inc., et al., Respondents. (Action No. 1.) Ivan Planavsky, as Administrator of the Estate of Ruth C. Planavsky, Deceased, et al., Appellants, v. Maggiore, Inc., et al., Respondents. (Action No. 2.) Eileen Halabrin, Appellant, v. Maggiore, Inc., et al., Respondents. (Action No. 3.) — Orders, Supreme Court, Broome County, entered on August 13, 1973 and August 16, 1973 respectively, and judgments entered thereon, affirmed, without costs, on the opinion of Zeller, J., at Special Term. Herlihy, P. J., Greenblott, Cooke, Kane and Reynolds, JJ., concur.